```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NINGBO RELYNDA IMPORT & EXPORT,                             :
CO., LTD,                                                   :
                                                            :
                              Plaintiff,                    :      20-CV-7987 (VSB)
                                                            :
              -against-                                     :            ORDER
                                                            :
LYNN BRANDS LLC, et al.,                                    :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On June 3, 2021, defense counsel submitted a proposed order to show cause why an order should not be issued 1) permitting Scarinci Hollenbeck, LLC, attorneys of record for the Defendants, to withdraw as counsel pursuant to Local Rule 1.4 and; 2) staying the matter for 30 days to allow Defendants to retain new counsel. (Doc. 22.) Pursuant to Local Rule 1.4, counsel must submit an affidavit including, among other things, "whether or not the attorney is asserting a retaining or charging lien." Counsel must also serve its application to withdraw on the client and all other parties. Counsel has not complied with these requirements. Accordingly, it is hereby:

ORDERED that counsel is directed to file an affidavit that complies with Local Rule 1.4 no later than by June 11, 2021.

SO ORDERED.

Dated: June 7, 2021
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge