```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NINGBO RELYNDA IMPORT & EXPORT,                             :
CO., LTD,                                                   :
                                                            :
                              Plaintiff,                    :          20-CV-7987 (VSB)
                                                            :
              -against-                                     :                 ORDER
                                                            :
LYNN BRANDS LLC, et al.,                                    :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 30, 2021, the parties appeared before me to show cause why an order should not be issued 1) permitting Scarinci Hollenbeck, LLC, attorneys of record for the Defendants, to withdraw as counsel pursuant to Local Rule 1.4 and; 2) staying the matter for 30 days to allow Defendants to retain new counsel. (Doc. 22.) During the telephonic conference, there were o objections to defense counsel's request. Accordingly, it is hereby:

ORDERED that the Scarinci Hollenbeck LLC's motion to withdraw as counsel for Defendants is granted.

IT IS FURTHER ORDERED that this matter is stayed for 30 days to allow Defendants to retain new counsel. Defendants are reminded that corporations may not represent themselves pro se in federal court.

SO ORDERED.

Dated: July 6, 2021
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge